**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ROBERSON, LEE F | § Case No. 09-48073-TLD |
| ROBERSON, ETHEL L | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on December 19, 2009.  The case was converted to one under Chapter 7 on April 11, 2013.  The undersigned trustee was appointed on June 05, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $          157,171.41

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 59,991.07 |
   | Bank service fees | 905.25 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 81,275.09 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/15/2015 and the deadline for filing governmental claims was 10/15/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,903.89. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,903.89, for a total compensation of $8,903.89.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $40.49, for total expenses of $40.49.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/22/2016   By: /s/ALEX D. MOGLIA
                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-48073-TLD  
**Case Name:** ROBERSON, LEE F  
ROBERSON, ETHEL L  
**Period Ending:** 11/22/16  

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 04/11/13 (c)  
**§341(a) Meeting Date:**  
**Claims Bar Date:** 10/15/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 8035 S. Artesian, Chicago, Single-Fami<br>Imported from original petition Doc# 1 | 118,574.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand<br>Imported from Amended Doc#: 72 | 8.00 | 0.00 | | 0.00 | FA |
| 3 | Citibank Checking Account<br>Imported from Amended Doc#: 72 | 900.00 | 0.00 | | 0.00 | FA |
| 4 | Citibank Savings Account<br>Imported from Amended Doc#: 72 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Sofa, Loveseat, Entertainment Center, 3 Televisi<br>Imported from Amended Doc#: 72 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Books, Pictures, Music CD's.<br>Imported from Amended Doc#: 72 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Necessary Wearing Apparel<br>Imported from Amended Doc#: 72 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding Rings, Watch, Engagement Ring, Necklace,<br>Imported from Amended Doc#: 72 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Camera, Camcorder, and Bicycles<br>Imported from Amended Doc#: 72 | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Monumental Life Insurance Policy<br>Imported from Amended Doc#: 72 | 1,731.66 | 0.00 | | 0.00 | FA |
| 11 | Product liability case settlement  (u)<br>Imported from Amended Doc#: 72 | 169,055.27 | 0.00 | | 157,171.41 | FA |
| 12 | Personal Injury Case, date of accident 3/15/2007  (u)<br>Imported from Amended Doc#: 43  (See Footnote) | 10,581.34 | 0.00 | | 0.00 | FA |
| 13 | Personal Injury Case, date of accident 3/15/2007  (u)<br>Imported from Amended Doc#: 72 | 18,819.72 | 0.00 | | 0.00 | FA |
| 14 | 2004 Ford Explorer<br>Imported from Amended Doc#: 72 | 6,875.00 | 0.00 | | 0.00 | FA |
| 15 | 1998 Volvo 610 Tractor w/1,240,00 miles<br>Imported from Amended Doc#: 72 | 6,000.00 | 0.00 | | 0.00 | FA |
| 16 | Pet: 1 Dog<br>Imported from Amended Doc#: 72 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-48073-TLD  
**Case Name:** ROBERSON, LEE F  
ROBERSON, ETHEL L  
**Period Ending:** 11/22/16

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 04/11/13 (c)  
**§341(a) Meeting Date:**  
**Claims Bar Date:** 10/15/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17  - | 0.00 | 0.00 | | 0.00 | FA |
| 17  Assets  Totals (Excluding unknown values) | **$335,644.99** | **$0.00** | | **$157,171.41** | **$0.00** |

RE PROP# 12    DUPLICATE OF ASSET #13.

---

**Major Activities Affecting Case Closing:**

CHAPTER 13 CASE FILED 12-19-2009, CONVERTED TO CHAPTER 7 on 4-11-2013, NDR FILED 7-22-2013, CASE RE-OPENED JUNE 3, 2015.

INTEREST CALCULATED ON CLAIMS FROM DATE OF FILING OF CHAPTER 13 PETITION.,

FINAL REPORT PREPARATION.

**Initial Projected Date Of Final Report (TFR):**  July 31, 2016      **Current Projected Date Of Final Report (TFR):**  September 30, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-48073-TLD  
**Case Name:** ROBERSON, LEE F  
ROBERSON, ETHEL L  
**Taxpayer ID #:** **-***3810  
**Period Ending:** 11/22/16  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/22/15 | {11} | Wagstaff & Cartmell LLP | Asset | 1229-000 | 157,171.41 | | 157,171.41 |
| 12/29/15 | 101 | Wagstaff & Cartmell LLP | Order Authorizing Compensation | | | 12,442.03 | 144,729.38 |
| | | | 831.58 | 3220-610 | | | 144,729.38 |
| | | Wagstaff & Cartmell LLP | 11,610.45 | 3210-600 | | | 144,729.38 |
| 12/29/15 | 102 | Summer & Johnson | Order authorizing compensation of fees and expenses Case 09-48073 | | | 47,507.69 | 97,221.69 |
| | | | 1,065.90 | 3220-610 | | | 97,221.69 |
| | | Summers & Johnson | 46,441.79 | 3210-600 | | | 97,221.69 |
| 12/29/15 | 103 | Lee F. Roberson | Court order authorizing payment by Trustee | 8100-002 | | 15,000.00 | 82,221.69 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.28 | 82,161.41 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.01 | 82,027.40 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.73 | 81,913.67 |
| 03/02/16 | 104 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #09-48073, Bond Number 10BSBGR6291 Voided on 03/02/16 | 2300-000 | | 50.33 | 81,863.34 |
| 03/02/16 | 104 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #09-48073, Bond Number 10BSBGR6291 Voided: check issued on 03/02/16 | 2300-000 | | -50.33 | 81,913.67 |
| 03/02/16 | 105 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #09-48073, Bond Number 10BSBGR6291 for 2016-2017 | 2300-000 | | 41.35 | 81,872.32 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.23 | 81,743.09 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.34 | 81,629.75 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.18 | 81,516.57 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.63 | 81,387.94 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.85 | 81,275.09 |
| | | | **ACCOUNT TOTALS** | | 157,171.41 | 75,896.32 | **$81,275.09** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 157,171.41 | 75,896.32 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$157,171.41** | **$60,896.32** | |

{} Asset reference(s)

Printed: 11/22/2016 02:44 PM   V.13.28

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-48073-TLD | | **Trustee:** | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| **Case Name:** | ROBERSON, LEE F | | **Bank Name:** | Rabobank, N.A. |
| | ROBERSON, ETHEL L | | **Account:** | ******5566 - Checking Account |
| **Taxpayer ID #:** | **-***3810 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/22/16 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 157,171.41
Less Payments to Debtor : 15,000.00

Net Estate : $142,171.41

| | | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | | | |
| | | | **Checking # ******5566** | | 157,171.41 | 60,896.32 | 81,275.09 |
| | | | | | **$157,171.41** | **$60,896.32** | **$81,275.09** |

{} Asset reference(s)

# Claims Register

### Case:  09-48073-TLD    ROBERSON, LEE F

Claims Bar Date:   10/15/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | SPRINGER BROWN LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3210-00   Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7<br>06/03/15 | | $9,657.50<br>$9,657.50 | $0.00 | $9,657.50 |
| | SPRINGER BROWN LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3220-00   Attorney for Trustee Expenses (Other Firm)>,  200 | Admin Ch.  7<br>06/03/15 | | $189.98<br>$189.98 | $0.00 | $189.98 |
| | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>06/03/15 | | $40.49<br>$40.49 | $0.00 | $40.49 |
| | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>12/19/09 | [Updated by Surplus to Debtor Report based on Net Estate Value: 113077.79] | $8,903.89<br>$8,903.89 | $0.00 | $8,903.89 |
| 1 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/24/09 | See dkt. #102 | $3,339.01<br>$1,957.38 | $0.00 | $1,957.38 |
| 1I | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>12/24/09 | | $50.91<br>$50.91 | $0.00 | $50.91 |
| 2 | Green Tree Servicing LLC<br>P.O. Box 6154,<br>Rapid City, SD<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>01/08/10 | NO PROCEEDS FROM THIS CLAIMANT'S COLLATERAL WERE RECEIVED OR ADMINSTERED BY THIS ESTATE. | $114,321.86<br>$0.00 | $0.00 | $0.00 |
| 3 | City of Chicago Department of Revenue<br>c/o<br>Arnold Scott Harris PC.<br>222 Merchandise Mart Plaza #1932<br>Chicago, IL 60654<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/11/10 | See dkt. #99 | $122.00<br>$71.52 | $0.00 | $71.52 |

# Claims Register

### Case: 09-48073-TLD  ROBERSON, LEE F

Claims Bar Date: 10/15/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3I | City of Chicago Department of Revenue c/o Arnold Scott Harris PC. 222 Merchandise Mart Plaza #1932 Chicago, IL 60654 <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured 01/11/10 | | $1.86 $1.86 | $0.00 | $1.86 |
| 4 | Palisades Collections, LLC Vativ Recovery Solutions LLC,As Agent For Palisades Collections, LLC,PO Box 19 Sugar Land, TX 77496 <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured 01/15/10 | CLAIM FILED IN WRONG CASE PER COURT. | $0.00 $0.00 | $0.00 | $0.00 |
| 5 | Ford Motor Credit Company LLC Drawer 55-953 P.O. Box 55000 Detriot, MI 48255-0953 <4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 100 | Secured 02/03/10 | NO PROCEEDS FROM THIS CLAIMANT'S COLLATERAL WERE RECEIVED OR ADMINSTERED BY THIS ESTATE. | $3,321.50 $0.00 | $0.00 | $0.00 |
| 6 | CitiFinancial Inc. PO Box 140069 Irving, TX 75019-0069 <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured 03/05/10 | NO PROCEEDS FROM THIS CLAIMANT'S COLLATERAL WERE RECEIVED OR ADMINSTERED BY THIS ESTATE. | $16,297.89 $0.00 | $0.00 | $0.00 |
| 7P-3 | Department of the Treasury Internal Revenue Service,Centralized Insolvency Operations,PO Box 21126 Philadelphia, PA 19114 <5800-00  Claims of Governmental Units>, 570 | Priority 03/22/10 | | $8,499.89 $8,499.89 | $0.00 | $8,499.89 |
| 7U-3 | Department of the Treasury Internal Revenue Service,Centralized Insolvency Operations,PO Box 21126 Philadelphia, PA 19114 <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured 03/22/10 | | $2,398.59 $2,398.59 | $0.00 | $2,398.59 |
| 8 | Portfolio Recovery Associates, LLC P.O. Box 41067 Norfolk, VA 23541 <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured 03/22/10 | SEE AMENDED CLAIM 8-2. | $6,966.13 $4,083.67 | $0.00 | $4,083.67 |

# Claims Register

### Case:  09-48073-TLD   ROBERSON, LEE F

Claims Bar Date:   10/15/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8I | Portfolio Recovery Associates, LLC<br>P.O. Box 41067<br>Norfolk, VA 23541<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>03/22/10 | | $106.22<br>$106.22 | $0.00 | $106.22 |
| 9 | Portfolio Recovery Associates, LLC.<br>P.O. Box 41067<br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/22/10 | SEE AMENDED CLAIM 9-2. | $4,146.25<br>$2,430.62 | $0.00 | $2,430.62 |
| 9I | Portfolio Recovery Associates, LLC.<br>P.O. Box 41067<br>Norfolk, VA 23541<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>03/22/10 | | $63.22<br>$63.22 | $0.00 | $63.22 |
| 10 | Applied Card Bank<br>Attention: General Inquiries<br>Po Box 17125<br>Wilmington, DE 19850<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/08/10 | See dkt. #103 | $349.06<br>$204.62 | $0.00 | $204.62 |
| 10I | Applied Card Bank<br>Attention: General Inquiries<br>Po Box 17125<br>Wilmington, DE 19850<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>04/08/10 | | $5.32<br>$5.32 | $0.00 | $5.32 |
| 11 | Department of the Treasury<br>Internal Revenue Service,Centralized Insolvency Operations,PO Box 21126<br>Philadelphia, PA 19114<br><6810-85   Income Taxes - Internal Revenue Service (Chapter 12 or 13)>,  300 | Admin Ch. 11<br>07/17/15 | | $12,983.80<br>$12,983.80 | $0.00 | $12,983.80 |
| 12 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/20/15 | | $242.21<br>$242.21 | $0.00 | $242.21 |
| 12I | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>07/20/15 | | $6.30<br>$6.30 | $0.00 | $6.30 |

# Claims Register

### Case:  09-48073-TLD    ROBERSON, LEE F

Claims Bar Date:  10/15/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7PI-3 | Department of the Treasury<br>Internal Revenue Service,Centralized Insolvency Operations,PO Box 21126<br>Philadelphia, PA 19114<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>03/22/10 | | $221.09<br>$221.09 | $0.00 | $221.09 |
| 7UI-3 | Department of the Treasury<br>Internal Revenue Service,Centralized Insolvency Operations,PO Box 21126<br>Philadelphia, PA 19114<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>03/22/10 | | $62.39<br>$62.39 | $0.00 | $62.39 |
| SURPLUS | ROBERSON, LEE F<br>8035 S. ARTESIAN<br>CHICAGO, IL 60652<br><8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>,  650 | Unsecured<br>12/19/09 | | $29,093.62<br>$29,093.62 | $0.00 | $29,093.62 |
| | | | **Case Total:** | | **$0.00** | **$81,275.09** |

**TRUSTEE'S PROPOSED DISTRIBUTION**          Exhibit D

Case No.: 09-48073-TLD
Case Name: ROBERSON, LEE F
Trustee Name: ALEX D. MOGLIA

| | **Balance on hand:** | $ | 81,275.09 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Green Tree Servicing LLC | 114,321.86 | 0.00 | 0.00 | 0.00 |
| 5 | Ford Motor Credit Company LLC | 3,321.50 | 0.00 | 0.00 | 0.00 |
| 6 | CitiFinancial Inc. | 16,297.89 | 0.00 | 0.00 | 0.00 |

|  | Total to be paid to secured creditors: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 81,275.09 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 8,903.89 | 0.00 | 8,903.89 |
| Trustee, Expenses - ALEX D. MOGLIA | 40.49 | 0.00 | 40.49 |
| Attorney for Trustee, Fees - SPRINGER BROWN LLC | 9,657.50 | 0.00 | 9,657.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN LLC | 189.98 | 0.00 | 189.98 |

|  | Total to be paid for chapter 7 administration expenses: | $ | 18,791.86 |
|---|---|---|---|
|  | Remaining balance: | $ | 62,483.23 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Expenses: Department of the Treasury | 12,983.80 | 0.00 | 12,983.80 |

|  | Total to be paid for prior chapter administrative expenses: | $ | 12,983.80 |
|---|---|---|---|
|  | Remaining balance: | $ | 49,499.43 |

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,499.89 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P-3 | Department of the Treasury | 8,499.89 | 0.00 | 8,499.89 |
| | Total to be paid for priority claims: | | $ | 8,499.89 |
| | Remaining balance: | | $ | 40,999.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,388.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 1,957.38 | 0.00 | 1,957.38 |
| 3 | City of Chicago Department of Revenue c/o | 71.52 | 0.00 | 71.52 |
| 7U-3 | Department of the Treasury | 2,398.59 | 0.00 | 2,398.59 |
| 8 | Portfolio Recovery Associates, LLC | 4,083.67 | 0.00 | 4,083.67 |
| 9 | Portfolio Recovery Associates, LLC. | 2,430.62 | 0.00 | 2,430.62 |
| 10 | Applied Card Bank | 204.62 | 0.00 | 204.62 |
| 12 | Quantum3 Group LLC as agent for | 242.21 | 0.00 | 242.21 |
| | Total to be paid for timely general unsecured claims: | | $ | 11,388.61 |
| | Remaining balance: | | $ | 29,610.93 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 29,610.93 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 29,610.93 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $517.31.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 29,093.62.

**UST Form 101-7-TFR (05/1/2011)**