**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ROBERSON, LEE F | § Case No. 09-48073-TLD |
| ROBERSON, ETHEL L | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $166,589.72         Assets Exempt: $50,531.66
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,405.81      Claims Discharged
                                                 Without Payment: $0.00

Total Expenses of Administration: $92,671.98

3) Total gross receipts of $ 157,171.41 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 44,093.62 (see **Exhibit 2**), yielded net receipts of $113,077.79 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $133,941.25 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 79,688.18 | 79,688.18 | 79,688.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 12,983.80 | 12,983.80 | 12,983.80 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 8,499.89 | 8,499.89 | 8,499.89 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 18,080.56 | 11,905.92 | 11,905.92 |
| **TOTAL DISBURSEMENTS** | $0.00 | $253,193.68 | $113,077.79 | $113,077.79 |

4) This case was originally filed under Chapter 7 on December 19, 2009. The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/25/2017          By: /s/ALEX D. MOGLIA
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Product liability case settlement | 1229-000 | 157,171.41 |
| **TOTAL GROSS RECEIPTS** | | **$157,171.41** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lee F. Roberson | Court order authorizing payment by Trustee | 8100-002 | 15,000.00 |
| ROBERSON, LEE F | BANKRUPTCY CASE09-48073 ,ROBERSON, LEE F DIVIDEND ON ALLOWED CLAIM # SURPLUS of 100.00% | 8200-002 | 29,093.62 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$44,093.62** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Green Tree Servicing LLC | 4110-000 | N/A | 114,321.86 | 0.00 | 0.00 |
| 5 | Ford Motor Credit Company LLC | 4210-000 | N/A | 3,321.50 | 0.00 | 0.00 |
| 6 | CitiFinancial Inc. | 4110-000 | N/A | 16,297.89 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$133,941.25** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ALEX D. MOGLIA | 2100-000 | N/A | 8,903.89 | 8,903.89 | 8,903.89 |
| Trustee Expenses - ALEX D. MOGLIA | 2200-000 | N/A | 40.49 | 40.49 | 40.49 |
| Other - SPRINGER BROWN LLC | 3210-000 | N/A | 9,657.50 | 9,657.50 | 9,657.50 |
| Other - SPRINGER BROWN LLC | 3220-000 | N/A | 189.98 | 189.98 | 189.98 |
| Other - Wagstaff & Cartmell LLP | 3220-610 | N/A | 831.58 | 831.58 | 831.58 |
| Other - Wagstaff & Cartmell LLP | 3210-600 | N/A | 11,610.45 | 11,610.45 | 11,610.45 |
| Other - Summer & Johnson | 3220-610 | N/A | 1,065.90 | 1,065.90 | 1,065.90 |
| Other - Summers & Johnson | 3210-600 | N/A | 46,441.79 | 46,441.79 | 46,441.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 60.28 | 60.28 | 60.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 134.01 | 134.01 | 134.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 113.73 | 113.73 | 113.73 |
| Other - Adams Levine Surety Bond Agency | 2300-000 | N/A | 41.35 | 41.35 | 41.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 129.23 | 129.23 | 129.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 113.34 | 113.34 | 113.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 113.18 | 113.18 | 113.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 128.63 | 128.63 | 128.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 112.85 | 112.85 | 112.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$79,688.18** | **$79,688.18** | **$79,688.18** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Department of the Treasury | 6810-850 | N/A | 12,983.80 | 12,983.80 | 12,983.80 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$12,983.80** | **$12,983.80** | **$12,983.80** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P-3 | Department of the Treasury | 5800-000 | N/A | 8,499.89 | 8,499.89 | 8,499.89 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $8,499.89 | $8,499.89 | $8,499.89 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | N/A | 3,339.01 | 1,957.38 | 1,957.38 |
| 1I | DISCOVER BANK | 7990-000 | N/A | 50.91 | 50.91 | 50.91 |
| 3 | City of Chicago Department of Revenue c/o | 7100-000 | N/A | 122.00 | 71.52 | 71.52 |
| 3I | City of Chicago Department of Revenue c/o | 7990-000 | N/A | 1.86 | 1.86 | 1.86 |
| 4 | Palisades Collections, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 7U-3 | Department of the Treasury | 7100-000 | N/A | 2,398.59 | 2,398.59 | 2,398.59 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 6,966.13 | 4,083.67 | 4,083.67 |
| 8I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 106.22 | 106.22 | 106.22 |
| 9 | Portfolio Recovery Associates, LLC. | 7100-000 | N/A | 4,146.25 | 2,430.62 | 2,430.62 |
| 9I | Portfolio Recovery Associates, LLC. | 7990-000 | N/A | 63.22 | 63.22 | 63.22 |
| 10 | Applied Card Bank | 7100-000 | N/A | 349.06 | 204.62 | 204.62 |
| 10I | Applied Card Bank | 7990-000 | N/A | 5.32 | 5.32 | 5.32 |
| 12 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 242.21 | 242.21 | 242.21 |
| 12I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 6.30 | 6.30 | 6.30 |
| 7PI-3 | Department of the Treasury | 7990-000 | N/A | 221.09 | 221.09 | 221.09 |
| 7UI-3 | Department of the Treasury | 7990-000 | N/A | 62.39 | 62.39 | 62.39 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $18,080.56 | $11,905.92 | $11,905.92 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-48073-TLD  
**Case Name:** ROBERSON, LEE F  
ROBERSON, ETHEL L  
**Period Ending:** 05/25/17

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 04/11/13 (c)  
**§341(a) Meeting Date:**  
**Claims Bar Date:** 10/15/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Location: 8035 S. Artesian, Chicago, Single-Fami<br>Imported from original petition Doc# 1 | 118,574.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand<br>Imported from Amended Doc#: 72 | 8.00 | 0.00 | | 0.00 | FA |
| 3 | Citibank Checking Account<br>Imported from Amended Doc#: 72 | 900.00 | 0.00 | | 0.00 | FA |
| 4 | Citibank Savings Account<br>Imported from Amended Doc#: 72 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Sofa, Loveseat, Entertainment Center, 3 Televisi<br>Imported from Amended Doc#: 72 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Books, Pictures, Music CD's.<br>Imported from Amended Doc#: 72 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Necessary Wearing Apparel<br>Imported from Amended Doc#: 72 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding Rings, Watch, Engagement Ring, Necklace,<br>Imported from Amended Doc#: 72 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Camera, Camcorder, and Bicycles<br>Imported from Amended Doc#: 72 | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Monumental Life Insurance Policy<br>Imported from Amended Doc#: 72 | 1,731.66 | 0.00 | | 0.00 | FA |
| 11 | Product liability case settlement  (u)<br>Imported from Amended Doc#: 72 | 169,055.27 | 0.00 | | 157,171.41 | FA |
| 12 | Personal Injury Case, date of accident 3/15/2007  (u)<br>Imported from Amended Doc#: 43  (See Footnote) | 10,581.34 | 0.00 | | 0.00 | FA |
| 13 | Personal Injury Case, date of accident 3/15/2007  (u)<br>Imported from Amended Doc#: 72 | 18,819.72 | 0.00 | | 0.00 | FA |
| 14 | 2004 Ford Explorer<br>Imported from Amended Doc#: 72 | 6,875.00 | 0.00 | | 0.00 | FA |
| 15 | 1998 Volvo 610 Tractor w/1,240,00 miles<br>Imported from Amended Doc#: 72 | 6,000.00 | 0.00 | | 0.00 | FA |
| 16 | Pet: 1 Dog<br>Imported from Amended Doc#: 72 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-48073-TLD  
**Case Name:** ROBERSON, LEE F  
ROBERSON, ETHEL L  
**Period Ending:** 05/25/17

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 04/11/13 (c)  
**§341(a) Meeting Date:**  
**Claims Bar Date:** 10/15/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | - | 0.00 | 0.00 | | 0.00 | FA |
| 17 | **Assets  Totals** (Excluding unknown values) | **$335,644.99** | **$0.00** | | **$157,171.41** | **$0.00** |

RE PROP# 12    DUPLICATE OF ASSET #13.

**Major Activities Affecting Case Closing:**

CHAPTER 13 CASE FILED 12-19-2009, CONVERTED TO CHAPTER 7 on 4-11-2013, NDR FILED 7-22-2013, CASE RE-OPENED JUNE 3, 2015.

INTEREST CALCULATED ON CLAIMS FROM DATE OF FILING OF CHAPTER 13 PETITION.,

FINAL REPORT PREPARATION.

**Initial Projected Date Of Final Report (TFR):**    July 31, 2016          **Current Projected Date Of Final Report (TFR):**    December 6, 2016  (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 09-48073-TLD  
**Case Name:** ROBERSON, LEE F  
ROBERSON, ETHEL L  
**Taxpayer ID #:** **-***3810  
**Period Ending:** 05/25/17  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5566 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/15 | {11} | Wagstaff & Cartmell LLP | Asset | 1229-000 | 157,171.41 | | 157,171.41 |
| 12/29/15 | 101 | Wagstaff & Cartmell LLP | Order Authorizing Compensation | | | 12,442.03 | 144,729.38 |
| | | | 831.58 | 3220-610 | | | 144,729.38 |
| | | Wagstaff & Cartmell LLP | 11,610.45 | 3210-600 | | | 144,729.38 |
| 12/29/15 | 102 | Summer & Johnson | Order authorizing compensation of fees and expenses Case 09-48073 | | | 47,507.69 | 97,221.69 |
| | | | 1,065.90 | 3220-610 | | | 97,221.69 |
| | | Summers & Johnson | 46,441.79 | 3210-600 | | | 97,221.69 |
| 12/29/15 | 103 | Lee F. Roberson | Court order authorizing payment by Trustee | 8100-002 | | 15,000.00 | 82,221.69 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.28 | 82,161.41 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.01 | 82,027.40 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.73 | 81,913.67 |
| 03/02/16 | 104 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #09-48073, Bond Number 10BSBGR6291 Voided on 03/02/16 | 2300-000 | | 50.33 | 81,863.34 |
| 03/02/16 | 104 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #09-48073, Bond Number 10BSBGR6291 Voided: check issued on 03/02/16 | 2300-000 | | -50.33 | 81,913.67 |
| 03/02/16 | 105 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #09-48073, Bond Number 10BSBGR6291 for 2016-2017 | 2300-000 | | 41.35 | 81,872.32 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.23 | 81,743.09 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.34 | 81,629.75 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.18 | 81,516.57 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.63 | 81,387.94 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.85 | 81,275.09 |
| 01/09/17 | 106 | ROBERSON, LEE F | BANKRUPTCY CASE09-48073 ,ROBERSON, LEE F    DIVIDEND ON ALLOWED CLAIM # SURPLUS of 100.00% | 8200-002 | | 29,093.62 | 52,181.47 |
| 01/09/17 | 107 | ALEX D. MOGLIA | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 8,944.38 | 43,237.09 |
| | | | Dividend paid 100.00%   8,903.89<br>on $8,903.89;  Claim# ; | 2100-000 | | | 43,237.09 |

Subtotals :   $157,171.41   $113,934.32

{} Asset reference(s)  
Printed: 05/25/2017 12:05 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-48073-TLD | | **Trustee:** | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| **Case Name:** | ROBERSON, LEE F | | **Bank Name:** | Rabobank, N.A. |
| | ROBERSON, ETHEL L | | **Account:** | ******5566 - Checking Account |
| **Taxpayer ID #:** | **-***3810 | | **Blanket Bond:** | N/A |
| **Period Ending:** | 05/25/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $8,903.89 | | | | |
| | | | Dividend paid 100.00% on $40.49; Claim# ; Filed: $40.49 | 2200-000 | | 40.49 | 43,237.09 |
| 01/09/17 | 108 | Applied Card Bank | Combined Check for Claims#10,10I | | | 209.94 | 43,027.15 |
| | | | Dividend paid 100.00% on $204.62; Claim# 10; Filed: $349.06 | 7100-000 | | 204.62 | 43,027.15 |
| | | | Dividend paid 100.00% on $5.32; Claim# 10I; Filed: $5.32 | 7990-000 | | 5.32 | 43,027.15 |
| 01/09/17 | 109 | City of Chicago Department of Revenue c/o | Combined Check for Claims#3,3I | | | 73.38 | 42,953.77 |
| | | | Dividend paid 100.00% on $71.52; Claim# 3; Filed: $122.00 | 7100-000 | | 71.52 | 42,953.77 |
| | | | Dividend paid 100.00% on $1.86; Claim# 3I; Filed: $1.86 | 7990-000 | | 1.86 | 42,953.77 |
| 01/09/17 | 110 | Department of the Treasury | Combined Check for Claims#7U-3,7P-3,11,7PI-3,7UI-3 | | | 24,165.76 | 18,788.01 |
| | | | Dividend paid 100.00% on $2,398.59; Claim# 7U-3; Filed: $2,398.59 | 7100-000 | | 2,398.59 | 18,788.01 |
| | | | Dividend paid 100.00% on $8,499.89; Claim# 7P-3; Filed: $8,499.89 | 5800-000 | | 8,499.89 | 18,788.01 |
| | | | Dividend paid 100.00% on $12,983.80; Claim# 11; Filed: $12,983.80 | 6810-850 | | 12,983.80 | 18,788.01 |
| | | | Dividend paid 100.00% on $221.09; Claim# 7PI-3; Filed: $221.09 | 7990-000 | | 221.09 | 18,788.01 |
| | | | Dividend paid 100.00% on $62.39; Claim# 7UI-3; Filed: $62.39 | 7990-000 | | 62.39 | 18,788.01 |
| 01/09/17 | 111 | DISCOVER BANK | Combined Check for Claims#1,1I | | | 2,008.29 | 16,779.72 |
| | | | Dividend paid 100.00% on $1,957.38; Claim# 1; | 7100-000 | | 1,957.38 | 16,779.72 |

Subtotals :    $0.00    $26,457.37

{} Asset reference(s)                Printed: 05/25/2017 12:05 PM    V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-48073-TLD  
**Case Name:** ROBERSON, LEE F  
ROBERSON, ETHEL L  
**Taxpayer ID #:** **-***3810  
**Period Ending:** 05/25/17  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5566 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $3,339.01 | | | | |
| | | | Dividend paid 100.00% 50.91 on $50.91; Claim# 1I; Filed: $50.91 | 7990-000 | | | 16,779.72 |
| 01/09/17 | 112 | Portfolio Recovery Associates, LLC | Combined Check for Claims#8,8I | | | 4,189.89 | 12,589.83 |
| | | | Dividend paid 100.00% 4,083.67 on $4,083.67; Claim# 8; Filed: $6,966.13 | 7100-000 | | | 12,589.83 |
| | | | Dividend paid 100.00% 106.22 on $106.22; Claim# 8I; Filed: $106.22 | 7990-000 | | | 12,589.83 |
| 01/09/17 | 113 | Portfolio Recovery Associates, LLC. | Combined Check for Claims#9,9I | | | 2,493.84 | 10,095.99 |
| | | | Dividend paid 100.00% 2,430.62 on $2,430.62; Claim# 9; Filed: $4,146.25 | 7100-000 | | | 10,095.99 |
| | | | Dividend paid 100.00% 63.22 on $63.22; Claim# 9I; Filed: $63.22 | 7990-000 | | | 10,095.99 |
| 01/09/17 | 114 | Quantum3 Group LLC as agent for | Combined Check for Claims#12,12I | | | 248.51 | 9,847.48 |
| | | | Dividend paid 100.00% 242.21 on $242.21; Claim# 12; Filed: $242.21 | 7100-000 | | | 9,847.48 |
| | | | Dividend paid 100.00% 6.30 on $6.30; Claim# 12I; Filed: $6.30 | 7990-000 | | | 9,847.48 |
| 01/09/17 | 115 | SPRINGER BROWN LLC | Combined Check for Claims#et_al. | | | 9,847.48 | 0.00 |
| | | | Dividend paid 100.00% 9,657.50 on $9,657.50; Claim# ; Filed: $9,657.50 | 3210-000 | | | 0.00 |
| | | | Dividend paid 100.00% 189.98 on $189.98; Claim# ; Filed: $189.98 | 3220-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 157,171.41 | 157,171.41 $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 157,171.41 | 157,171.41 |
| Less: Payments to Debtors | | 44,093.62 |
| **NET Receipts / Disbursements** | **$157,171.41** | **$113,077.79** |

{} Asset reference(s)

Printed: 05/25/2017 12:05 PM V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-48073-TLD  
**Case Name:** ROBERSON, LEE F  
ROBERSON, ETHEL L  
**Taxpayer ID #:** **-***3810  
**Period Ending:** 05/25/17

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5566 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
            Net Receipts :        157,171.41
      Less Payments to Debtor :    44,093.62
                                 _____
              Net Estate :       $113,077.79
```

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5566** | 157,171.41 | 113,077.79 | 0.00 |
| | $157,171.41 | $113,077.79 | $0.00 |